[No. 63667-7-I.  Division One.  November 1, 2010.]

DEVELOPERS SURETY AND INDEMNITY COMPANY, *Respondent*, v. RICHARD BANKSTON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-16950-4, Cheryl B. Carey, J., entered May 29, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Lau and Spearman, JJ.

[No. 63784-3-I.  Division One.  November 1, 2010.]

DALLAS SWANK ET AL., *Appellants*, v. JIM DUFFY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-2-01155-7, James H. Allendoerfer, J., entered April 30, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 64114-0-I.  Division One.  November 1, 2010.]

*In the Matter of the Marriage of* KENNETH KAPLAN, *Appellant*, and SHEILA KOHLS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-3-01252-3, James A. Doerty, J., entered August 26, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, C.J., and Leach, J.

[No. 64154-9-I.  Division One.  November 1, 2010.]

BOARD OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND ET AL., *Respondents*, v. SOUTH-N-ERECTORS, LLC, *Defendant*, OHIO CASUALTY INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-02562-4, John P. Erlick, J., entered August 20, 2009. *Dismissed* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Cox, J.